5 A.3d 163

IN THE MATTER OF LOUIS MACCHIAVERNA, AN ATTORNEY AT LAW (ATTORNEY NO. 016221997).

October 21, 2010.

**ORDER**

The Disciplinary Review Board having filed with the Court its decision in DRB 10–096, concluding that **LOUIS MACCHIAVERNA** of **LAVALLETTE,** who was admitted to the bar of this State in 1998, should be reprimanded for violating *RFC* 1.15(a) (negligent misappropriation of client funds), *RPC* 1.15(d) (recordkeeping violations), and *Rule* 1:21–6 (recordkeeping violations);

And the Disciplinary Review Board having further concluded that respondent should be required to submit to the Office of Attorney Ethics monthly reconciliations of his attorney accounts on a quarterly basis for a period of two years;

And good cause appearing;

It is ORDERED that **LOUIS MACCHIAVERNA** is hereby reprimanded; and it is further

ORDERED that respondent shall submit to the Office of Attorney Ethics monthly reconciliations of his attorney accounts on a

quarterly basis for a period of two years and until the further Order of the Court; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.